**Deny and Opinion Filed May 1, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00442-CV

### IN RE PATRICIA GELSKY, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54109-2011**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Moseley

The Court has before it relator's petition for writ of mandamus in which relator requests that the Court compel the trial court to sign an order denying real party in interest relief on his petition to modify the parent-child relationship and, instead, sign an order dismissing the case. The facts and issues are well known to the parties, so we need not recount them herein. Relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). Mandamus is intended to be an extraordinary remedy, available only in limited circumstances, and not for grievances that may be addressed by other remedies such as an appeal. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding); *In re Certain Underwriters at Lloyd's,* 106 S.W.3d 332, 333 (Tex. App.—Dallas 2003, orig. proceeding). Accordingly, we **DENY** the petition for writ of mandamus.

140442F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE